**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHUKWUMA E. AZUBUKO,

                Plaintiff,

vs.                                            Case No. 3:04-cv-1252-J-32MCR

JUDGE RICHARD W. STORY, etc.,

                Defendant.

_____

## ORDER

      This case is before the Court on Plaintiff's Complaint (Doc. 1) and Application to Proceed without Prepayment of Fees and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).  Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the motion for leave to proceed *in forma pauperis* be denied and that the complaint be dismissed (Doc. 8).  Plaintiff filed "Plaintiff's First Motion for Reconsideration: Court's 'Report and Recommendation'" (Doc. 10) which the Court construes as timely objections to the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1).  The Magistrate Judge recommended plaintiff's complaint be dismissed both because it appeared plaintiff was not financially indigent and because his complaint is frivolous.  Plaintiff objects on both grounds.

      The Court has independently reviewed the file and finds that the Magistrate Judge properly recommended dismissal of this case because plaintiff's complaint is frivolous within the meaning of 28 U.S.C. § 1915(e)(2), there being no legal basis upon which plaintiff could

maintain an action against this defendant, a sitting District Judge of the United States District Court, Northern District of Georgia, for dismissing a case brought by plaintiff in that court.[1] The Court further agrees with the Magistrate Judge that any further allegations contained within this complaint are unintelligible.  Accordingly, it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 8) of the Magistrate Judge is **ADOPTED** to the extent that the Court finds plaintiff's motion to proceed *in forma pauperis* is due to be denied and plaintiff's complaint is due to be dismissed.

2.    Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3.    Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice to filing a paid complaint**.[2]

4.    The Clerk is directed to term all other pending motions and **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff

_____

[1]Thus, the Court need not consider whether, upon amendment, plaintiff might have shown that he was financially unable to pay the filing fee.

[2]Plaintiff is advised to take heed of the Magistrate Judge's warning regarding Rule 11 should he choose to pursue this action.  See Doc. 8.